```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

            Plaintiff,

        -v-

Anthony Hall
Reg No. 10725-055
FMC-Fort Devens
P.O. Box 879
Ayers, MA 01432

            Defendant.                    6:01-CR-06016
_____
```

### SATISFACTION OF JUDGMENT

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed June 13, 2002.

DATED:  Buffalo, New York, March 10, 2005.

```
                              MICHAEL A. BATTLE
                              United States Attorney

                        BY:   S/KEVIN D. ROBINSON
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York  14202
                              (716)843-5700, ext. 804
                              Kevin.D.Robinson@usdoj.gov
```