PROB 12B (Filed with U.S. Court Clerk)
(7/93)

# United States District Court
## for the
## Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

*FILED SEP 15 2009 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

**Name of Offender:** Anthony Hall                          **Case Number:** 6:01-CR-6016

**Name of Sentencing Judicial Officer:** Honorable David G. Larimer, U.S. District Judge

**Date of Original Sentence:** June 13, 2002

**Original Offense:** Conspiracy to Possess with Intent to Distribute, and to Distribute, 5 or More Grams of Cocaine Base and a Detectable Amount of Cocaine

**Original Sentence:** Sixty-three (63) months custody of Bureau of Prisons, followed by Five (5) years Supervised Release

**Modification:** On December 29, 2008, Your Honor modified the defendant's conditions to include a 7:00p.m. to 6:00a.m. curfew, via electronic monitoring, for a period of two (2) months. This was due to the defendant being arrested for D.W.I. on December 11, 2009.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** March 9, 2007

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

> You shall comply with the conditions of home detention, which will be monitored by an electronic monitoring system, for a period of six(6) months. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

## CAUSE

On August 22, 2009, New York State Troopers arrested Mr. Hall for D.W.I.-1st offense. This is the defendant's second time he was arrested for the conduct of D.W. I.-1st offense. New York State Trooper Robinson advised he conducted a traffic stop on the defendant and concluded the defendant had been drinking. Mr. Hall was subjected to, and failed the standardized field sobriety tests. He was subsequently arrested and transported to the Rochester Trooper Barracks for processing. The defendant was issued citations for D.W.I.-1st offense and other driving violations and released on his own recognizance. The defendant's next court date is September 16, 2009 at 9:30 a.m in Rochester City Court Judge.

As this is the defendant's second D.W.I. Offense within a nine (9) month period this officer

Prob 12B  
Name of Offender: Anthony Hall

Request for Modifying the Conditions or Term  
of Supervision with Consent of the Offender

Case Number: 6:01-CR-6016

---

recommends the above sanction. This officer is recommending electronic monitoring instead of the Residential Re-entry Center only because of the extremely lengthy waiting period.
The defendant was previously referred to treatment following his previous D.W.I. but treatment provider found no need for treatment. This officer will be recommending to the treatment provider that Mr. Hall be treated intensively as there are obvious alcohol abuse issues that need to be resolved.

Respectfully submitted,

by

Roosevelt Smith, Jr.
U.S. Probation Officer
Date: September 11, 2009

Reviewed and Approved:

David W. Bovard
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Other

Signature of Judicial Officer
Date: 9/17/09

PROB 49.1
(11/98)

## United States District Court
### Western District of New York

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall comply with the conditions of home detention, which will be monitored by an electronic monitoring system, for a period of six(6) months. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

Witness: _____     Signed: _____
Roosevelt Smith                                               Anthony Hall

9-2-09
Date